**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC § § Plaintiff, § § v. § § MINDGEEK USA INCORPORATED, § § Defendant. § § | C.A. No. 14-01292-SLR JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Preservation Technologies LLC, by and through its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses all claims against Defendant MindGeek USA Incorporated without prejudice.

Dated: February 2, 2015

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
farnan@farnanlaw.com
bfarnan@farananlaw.com

Of Counsel:
William M. Parrish
Nicole E. Glauser
Stefanie T. Scott
DiNovo Price Ellwanger & Hardy LLP
7000 North Mopac Expy, Suite 350
Austin, Texas 78731
(512) 539-2626
(512) 539-2627 (fax)

ATTORNEYS FOR PLAINTIFF
PRESERVATION TECHNOLOGIES LLC